AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of NEW JERSEY

Rev. Ellis Smith Jr. / Love Of Christ Church

**SUMMONS IN A CIVIL ACTION**

V.

TOWNSHIP OF UNION NEW JERSEY
Frank Bradley, Administrator
Richard Malanda, Zoning supervisor
Art Remeirs, Zoning Official
Judge Peter Brogan, Municipal Court
Daniel Antonelli, Township Attorney
Daniel McCarthy, Township Attorney
Drew Bauman, Township Prosecutor

CASE NUMBER: 05 - 2080 (JLL)

TO: (Name and address of Defendant)

Drew Bauman
Union Municipal Court
981 Caldwell Ave.
Union, NJ 07083

RECEIVED-CLERK U.S. DISTRICT COURT 2005 MAY -9 A 10: 14

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Pro se:
Rev. Ellis Smith Jr.
Love Of Christ Church
1608 Porter Rd.
Union, NJ 07083

an answer to the complaint which is served on you with this summons, within ~~60~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

DATE 4-26-05

DIANNE C. RICHARDS

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of NEW JERSEY

Rev. Ellis Smith Jr. / Love Of Christ Church

**SUMMONS IN A CIVIL ACTION**

V.

TOWNSHIP OF UNION NEW JERSEY
Frank Bradley, Administrator
Richard Malanda, Zoning supervisor
Art Remeirs, Zoning Official
Judge Peter Brogan, Municipal Court
Daniel Antonelli, Township Attorney
Daniel McCarthy, Township Attorney
Drew Bauman, Township Prosecutor

CASE NUMBER: 05-2080 (JLL)

TO: (Name and address of Defendant)

Frank Bradley
1976 Morris Ave.
Union, NJ 07083

RECEIVED - CLERK
U.S. DISTRICT COURT
2005 MAY -9 A 10: 14

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Pro se:
Rev. Ellis Smith Jr.
Love Of Christ Church
1608 Porter Rd.
Union, NJ 07083

an answer to the complaint which is served on you with this summons, within ~~60~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH
CLERK

4-26-05
DATE

DIANNE C. RICHARDS dcr
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of NEW JERSEY

Rev. Ellis Smith Jr. / Love Of Christ Church

V.

TOWNSHIP OF UNION NEW JERSEY
Frank Bradley, Administrator
Richard Malanda, Zoning supervisor
Art Remeirs, Zoning Official
Judge Peter Brogan, Municipal Court
Daniel Antonelli, Township Attorney
Daniel McCarthy, Township Attorney
Drew Bauman, Township Prosecutor

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-2080 (JLL)

TO: (Name and address of Defendant)

Richard Malanda
1976 Morris Ave.
Union, NJ 07083

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Pro se:
Rev. Ellis Smith Jr.
Love Of Christ Church
1608 Porter Rd.
Union, NJ 07083

an answer to the complaint which is served on you with this summons, within ~~60~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

DATE 4-26-05

DIANNE C. RICHARDS

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of NEW JERSEY

Rev. Ellis Smith Jr. / Love Of Christ Church

V.

TOWNSHIP OF UNION NEW JERSEY
Frank Bradley, Administrator
Richard Malanda, Zoning supervisor
Art Remeirs, Zoning Official
Judge Peter Brogan, Municipal Court
Daniel Antonelli, Township Attorney
Daniel McCarthy, Township Attorney
Drew Bauman, Township Prosecutor

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-2080 (JLL)

TO: (Name and address of Defendant)

Daniel Antonelli
1976 Morris Ave.
Union, NJ 07083

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Pro se:
Rev. Ellis Smith Jr.
Love Of Christ Church
1608 Porter Rd.
Union, NJ 07083

an answer to the complaint which is served on you with this summons, within ~~60~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH
CLERK

DATE 4-26-05

DIANNE C. RICHARDS dcr
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of NEW JERSEY

Rev. Ellis Smith Jr. / Love Of Christ Church

V.

TOWNSHIP OF UNION NEW JERSEY
Frank Bradley, Administrator
Richard Malanda, Zoning supervisor
Art Remeirs, Zoning Official
Judge Peter Brogan, Municipal Court
Daniel Antonelli, Township Attorney
Daniel McCarthy, Township Attorney
Drew Bauman, Township Prosecutor

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-2080 (JLL)

RECEIVED-CLERK
U.S. DISTRICT COURT
2005 MAY -9 A 10: 14

TO: (Name and address of Defendant)

Judge Peter Brogan
Municipal Court
981 Caldwell Ave.
Union, NJ 07083

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Pro se:
Rev. Ellis Smith Jr.
Love Of Christ Church
1608 Porter Rd.
Union, NJ 07083

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

DIANNE C. RICHARDS dcr

(By) DEPUTY CLERK

DATE 4-26-05

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of NEW JERSEY

Rev. Ellis Smith Jr. / Love Of Christ Church

V.

**SUMMONS IN A CIVIL ACTION**

TOWNSHIP OF UNION NEW JERSEY
Frank Bradley, Administrator
Richard Malanda, Zoning supervisor
Art Remeirs, Zoning Official
Judge Peter Brogan, Municipal Court
Daniel Antonelli, Township Attorney
Daniel McCarthy, Township Attorney
Drew Bauman, Township Prosecutor

CASE NUMBER: 05 - 2080 (JLL)

RECEIVED-CLERK
U.S. DISTRICT COURT
2005 MAY -9 A 10: 14

TO: (Name and address of Defendant)

Art Remeirs
1976 Morris Ave.
Union, NJ 07083

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Pro se:
Rev. Ellis Smith Jr.
Love Of Christ Church
1608 Porter Rd.
Union, NJ 07083

an answer to the complaint which is served on you with this summons, within ~~60~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

4-26-05

DATE

DIANNE C. RICHARDS

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of NEW JERSEY

Rev. Ellis Smith Jr. / Love Of Christ Church

**SUMMONS IN A CIVIL ACTION**

V.

TOWNSHIP OF UNION NEW JERSEY
Frank Bradley, Administrator
Richard Malanda, Zoning supervisor
Art Remeirs, Zoning Official
Judge Peter Brogan, Municipal Court
Daniel Antonelli, Township Attorney
Daniel McCarthy, Township Attorney
Drew Bauman, Township Prosecutor

CASE NUMBER: 05-2080 (JLL)

RECEIVED-CLERK
U.S. DISTRICT COURT
2005 MAY -9 A 10:14

TO: (Name and address of Defendant)

Richard Malanda
1976 Morris Ave.
Union, NJ 07083

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Pro se:
Rev. Ellis Smith Jr.
Love Of Christ Church
1608 Porter Rd.
Union, NJ 07083

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

4-26-05

DATE

DIANNE C. RICHARDS

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/5/05 |
| NAME OF SERVER (PRINT) George Raney | TITLE Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Eileen Bach Township Clerk Union, N.J. 07083

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/5/05 George Raney
Date — *Signature of Server*

46 Evergreen Ave. Newark, N.J.
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of NEW JERSEY

Rev. Ellis Smith Jr. / Love Of Christ Church

V.

TOWNSHIP OF UNION NEW JERSEY
Frank Bradley, Administrator
Richard Malanda, Zoning supervisor
Art Remeirs, Zoning Official
Judge Peter Brogan, Municipal Court
Daniel Antonelli, Township Attorney
Daniel McCarthy, Township Attorney
Drew Bauman, Township Prosecutor

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 - 2080 (JLL)

TO: (Name and address of Defendant)

Daniel McCarthy
37 Alden St.
Cranford, NJ 07084

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Pro se:
Rev. Ellis Smith Jr.
Love Of Christ Church
1608 Porter Rd.
Union, NJ 07083

RECEIVED-CLERK
U.S. DISTRICT COURT
2005 MAY -9 A 10: 15

an answer to the complaint which is served on you with this summons, within ~~60~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

4-26-05

DATE

DIANNE C. RICHARDS.

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/5/05 |
| NAME OF SERVER (PRINT) George Ranley | TITLE Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Linda Leonard Secretary 37 Alden St. Cranford, N.J. 07084

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/5/05 (Date)

George Ranley
*Signature of Server*

46 Evergreen Ave. Newark, N.J.
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.